# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3501

_____

| | | |
|---|---|---|
| John Lowery, | * | |
| | * | |
| Plaintiff-Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| Transport Insurance Company, a | * | [UNPUBLISHED] |
| Foreign Corporation, | * | |
| | * | |
| Defendant-Appellee. | * | |

_____

Submitted: June 8, 1998
Filed: June 15, 1998

_____

Before WOLLMAN and MURPHY, Circuit Judges, and FENNER,[1] District Judge.

_____

PER CURIAM.

This bad faith action was brought by John Lowery against his former employer's insurer because he claimed he was entitled to more worker's compensation benefits than he had received. Lowery appeals from a judgment entered against him after a jury

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

trial on damages. He attacks evidentiary rulings made by the district court[2], its jury instructions, and the denial of his motion for a new trial. After carefully reviewing the record, we find no error of fact or law and therefore affirm.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[2]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.